**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER OF REINSTATEMENT

Appellate case name:        Ex parte Shawn Patrick Childers

Appellate case numbers:   01-21-00493-CR

Trial court case number:    19005

Trial court:                        21st District Court of Washington County

This appeal was abated and remanded to the trial court on December 16, 2021. The abatement order directed the trial court to execute a certification of appellant's right of appeal. The trial court signed a certification stating that appellant, Shawn Patrick Childers, has the right of appeal. The trial court clerk has filed a supplemental clerk's record including the certification.

Accordingly, the Court **reinstates** this appeal on the Court's active docket.

It is so ORDERED.


Judge's signature:   /s/ April L. Farris
                             ☑ Acting individually    ☐ Acting for the Court


Date: January 11, 2022